UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEREMY RAYE DESHOTEL ET AL | CIVIL ACTION NO. 19-cv-0373 |
| VERSUS | JUDGE JUNEAU |
| CARDCASH EXCHANGE INC ET AL | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss First Amended Complaint [Doc. 58] be GRANTED IN PART AND DENIED IN PART. IT IS ORDERED that defendants' motion to dismiss the plaintiffs' false imprisonment claim be DENIED AS MOOT, as no such claim is pending at this time. IT IS ORDERED that defendants' motion to dismiss all malicious prosecution and civil rights claims – under Louisiana, New Jersey, or Arizona law – is GRANTED, and that the defendants' motion to dismiss plaintiffs' claims for punitive damages is GRANTED. With the granting of this motion, the PayPal defendants are dismissed as a defendant in this matter.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 8th day of May, 2020.

_____

UNITED STATES DISTRICT JUDGE