UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEREMY RAYE DESHOTEL ET AL | CIVIL ACTION NO. 19-cv-0373 |
| VERSUS | JUDGE JUNEAU |
| CARDCASH EXCHANGE INC ET AL | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Penalty, Punitive, or Exemplary Damages [Doc. 60] is GRANTED IN PART AND DENIED IN PART. IT IS ORDERED that defendants' motion to dismiss the plaintiffs' claim for punitive damages against the City of Scott is GRANTED, and this claim is DENIED AND DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that defendants' motion to dismiss the plaintiffs' claim under Section 1983 for punitive damages against Sergeant Lege in his individual capacity is DENIED.

IT IS FURTHER ORDERED that the defendants' motion to dismiss the plaintiffs' state law claim for punitive damages is GRANTED, and this claim is DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 8th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE