UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEREMY RAYE DESHOTEL ET AL | CIVIL ACTION NO. 19-cv-373 |
| VERSUS | JUDGE JUNEAU |
| CARDCASH EXCHANGE INC ET AL | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Motion to Sever and Transfer Venue Pursuant to 28.U.S.C. 1404(a) and Fed. R.Civ. P. 21 or alternatively, to Dismiss for Failure to State a Claim [Doc. 62] is GRANTED IN PART AND DENIED IN PART. IT IS ORDERED that the motion to sever and transfer Jeremy Deshotel's claims is GRANTED, and Jeremy Deshotel's claims are severed and transferred to the United States District Court for the District of New Jersey.

**IT IS FURTHER ORDERED** that the Motion to Sever and Transfer Courtney Deshotel's claims is DENIED, but the Motion to Dismiss Courtney Deshotel's claims for Failure to State a Claim is GRANTED, and all of Courtney Deshotel's claims against CardCash are DENIED AND DISMISSED WITH

PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of September, 2020.

                                                MICHAEL J. JUNEAU
                                                UNITED STATES DISTRICT JUDGE